IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JONATHAN I. HILL                                                                                      PETITIONER
REG. # 14553-026,

v.                                             2:14CV00003-DPM-JJV

FCC FORREST CITY;
ANTHONY HAYNES                                                                                RESPONDENT

## ORDER

Mr. Hill, an inmate in the Federal Correctional Complex Forrest City Unit, filed a *pro se* Petition for a Writ of Habeas Corpus (Doc. No. 1). However, he has not paid the $5.00 filing fee, nor has he filed a proper and complete Application to Proceed Without Prepayment of Fees and Affidavit.

Mr. Hill shall submit within twenty-one (21) days from the entry date of this Order either the $5.00 filing fee or a proper and complete Application with calculation sheet and certified copy of his trust fund account statement for the preceding six months. Mr. Hill's failure to comply with this Order may result in the dismissal of his case without prejudice. The Clerk of the Court shall mail Mr. Hill an Application to Proceed Without Prepayment of Fees and calculation sheet.

All other pending motions are DENIED as moot.

SO ORDERED this 14th day of January, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE