IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JONATHAN I. HILL
Reg. #14553-026                                                        PETITIONER

v.                            No. 2:14-cv-3-DPM-JJV

FCC FORREST CITY and
ANTHONY HAYNES                                                        RESPONDENTS

ORDER

Unopposed recommendation, № 21, adopted. FED. R. CIV. P. 72(b)(3) (1983 Addition to Advisory Committee Notes). Respondents' motion to dismiss, № 20, is granted. Hill's petition for writ of habeas corpus is dismissed without prejudice. Hill's motion to reconsider, № 9, and motion for preliminary injunction, № 11, are denied as moot.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

23 April 2014