IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JONATHAN I. HILL
Reg. #14553-026                                           PETITIONER

v.                 No. 2:14-cv-3-DPM

FCC FORREST CITY and
ANTHONY HAYNES                                     RESPONDENTS

## JUDGMENT

Hill's petition for writ of habeas corpus is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 April 2014